# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL 14 PM 2:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ROBERT PEREZ, NANCY ART and BRETT HARBACH, on behalf of themselves and all others similarly situated,

vs

NIDEK CO. LTD.; NIDEK INCORPORATED; NIDEK TECHNOLOGIES INCORPORATED; MANOJ V. MOTWANI, M.D., GARY M. KAWESCH, M.D., LINDA VU, M.D., JOSEPH LEE, M.D., FARZAD YAGHOUTI, M.D., RANDA M. GARRANA, M.D., THOMAS S. TOOMA, M.D., PAUL C. LEE, M.D., KEITH LIANG, M.D., ANTOINE L. GARABET, M.D., WILLIAM ELLIS, M.D., GREGG FEINERMAN, M.D., MICHAEL ROSE, M.D., JOHN KOWNACKI, M.D., STEVEN MA, M.D., Estate of GLENN A. KAWESCH, M.D., TLC VISION CORPORATION also dba TLC LASER EYE CENTERS, INC.; CALIFORNIA CENTER FOR REFRACTIVE SURGERY, A MEDICAL CORPORATION; LASER EYE CENTER MEDICAL OFFICE INC.; SOUTHWEST EYE CARE CENTERS INC.; and DOES 1 through 1000, inclusive.

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1261 BTM JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Duane A. Admire, Esq., State Bar No. 173699
ADMIRE & ASSOCIATES
3790 Via de la Valle, Suite 313
Del Mar, CA 92037

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                          JUL 1 4 2008
CLERK                                                            DATE

By J. PARIS, Deputy Clerk