1  Gregory D. Werre
   Bar No.: 149213
2  BONNE, BRIDGES, MUELLER, O'KEEFE & NICHOLS
   3699 Wilshire Boulevard, 10th Floor
3  Los Angeles, California 90010
   (213) 480-1900
4

5  Attorneys for Defendants
   JOSEPH LEE, M.D., LINDA VU, M.D., RANDA M. GARRANA, M.D.
6

7

8              UNITED STATES DISTRICT COURT

9       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT PEREZ, NANCY ART and          )  CASE NO. 3:08-CV-1261 BTM (jma)
   BRETT HARBACH, on behalf of themself  )
12 and all others similarly situated,    )  AMENDED PROOF OF SERVICE
                                         )  FOR DEFENDANTS JOSEPH LEE,
13             Plaintiffs,               )  M.D., LINDA VU, M.D., RANDA
                                         )  GARRRANA, M.D., WILLIAM
14       vs.                             )  ELLIS, M.D., GREGG
                                         )  FEINERMAN, M.D. JOINDER IN
15 NIDEK CO. LTD.; NIDEK                 )  THE MOTIONS TO DISMISS
   INCORPORATED; NIDEK                   )
16 TECHNOLOGIES INCORPORATED;           )
   MANOJ V. MOTWANI, M.D., GARY M.       )
17 KAWESCH, M.D., LINDA VU., M.D.,       )
   JOSEPH LEE, M.D., FARZAD              )
18 YAGHOUTI, M.D., RANDA M.              )
   GARRANA, M.D., THOMAS S. TOOMA,       )
19 M.D., PAUL C. LEE, M.D., KEITH        )
   LIANG, M.D., ANTOINE L. GARABET,      )
20 M.D., WILLIAM ELLIS, M.D., GREGG      )
   FEINERMAN, M.D., MICHAEL ROSE,        )
21 M.D., JOHN KOWNACKI, M.D., STEVEN     )
   MA, M.D., Estate of GLENN A.          )
22 KAWESCH, M.D., TLC VISION             )
   CORPORATION also dba TLC LASER        )
23 EYE CENTERS, INC.; CALIFORNIA         )
   CENTER FOR REFRACTIVE SURGERY,        )
24 A MEDICAL CORPORATION; LASER          )
   EYE CENTER MEDICAL OFFICE INC.;       )
25 SOUTHWEST EYE CARE CENTERS            )
   INC.; and DOES 1 through 1000, inclusive.,  )
26                                       )
               Defendants.               )
27 _____      )

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3699 Wilshire Boulevard, Tenth Floor, Los Angeles, California 90010-2719.

     On December 11, 2008, I served the foregoing document described as:

DEFENDANTS WILLIAM ELLIS, M.D., RANDA GARRANA, M.D., GREGG FEINERMAN, M.D., JOSEPH LEE, M.D., AND LINDA VU, M.D.,'S JOINDER IN THE MOTIONS TO DISMISS [FRCP Rule 12(b)]

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X] (BY MAIL)
    [ ]    I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
    [X]    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  Executed on , at Los Angeles, California.

[ X ]   (BY ELECTRONIC SERVICE) On December 11, 2008, the following parties were electronically served with the aforementioned document via the court's office Case Management/Electronic Case Filing system, originating from an electronic email address affiliated with this law firm, and addressed as follows, according to the court's office email list associated with this case on CM/ECF and PACER system:
acressey@rmklawyers.com, cduncan@rmklawyers.com, Dadmire@san.rr.com , gbenrubi@belsky1.com, dhavens@lindstonelaw.com., abaker@gonzalezandhulbert.com, rrozman@gonzalezandhulbert.com, rkanno@lbbslaw.com., gdeasy@lbbslaw.com, gstonebarger@lindstonelaw.com, trobins@frandzel.com., achase@frandzel.com., efiling@frandzel.com

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
    Executed on ***, at Los Angeles, California.

[X] (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Judy L. O'Neil*
Judy L. Ø'Neil

1

SERVICE LIST

2 **United States District Court - Southern District of California**
Case No.:   08-CV-01261-BTM-JMA
3 *Perez v. Nidek Co., LTD., et al.*

4 Duane A. Admire, Esq.
ADMIRE & ASSOCIATES
5 3790 Via de la Valle, Suite 313
Del Mar, California 92014
6 858-350-5566
858-350-1046 (fax)
7 *Attorneys for Plaintiffs*
*Robert Perez, Nancy Art and*
8 *Brett Harbach*

9 Joseph R. Patterson, Esq.
Harry W. Harrison, Esq.
10 HARRISON, PATTERSON & O'CONNOR, LLP
402 West Broad, 29th Floor
11 San Diego, California 92101
619-756-6990
12 619-756-6991 (fax
*Attorneys for Plaintiffs and the Class*
13

James M. Lindsay, Esq.
14 Gene J. Stonebarger
LINDSAY & STONEBARGER
15 620 Collidge Drive, Sutie 225
Folsom, California 95360
16 916-294-0002
916-294-0012 (fax)
17 *Attorneys for Plaintiffs and the Class*

18 Daniel S. Belsky, Esq.
Gabriel M. Benrubi, Esq.
19 Michelle E. Lopez, Esq.
BELSKY & ASSOCIATES
20 591 Camino de la Reina, Suite 640
San Diego, California 92108
21 619-497-2900
619-497-2901 (fax)
22 *Attorneys for Estate of Glenn A. Kawesch, M.D. (Deceased)*

23 Thomas Robins, III, Esq.
FRANDZEL, ROBINS, BLOOM & CSATO, LLP
24 6500 Wilshire Boulevard 17th Floor
Los Angeles, California 90048
25 323-852-1000
323-651-2577 (fax)
26 *Attorneys for Defendants*
*NIDEK Incorporated*
27 *NIDEK Technologies Inc.*

28 Courtesy Copy

PULIC-0237\434967.1                              3

1   Craig Mann, Esq.
    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2   550 West "C" Street, Suite 800
    San Diego, California 92101
3   619-233-1000
    619-233-8627 (fax)
4   *Attorneys for Defendant*
    *Gary M. Kawesch, M.D.*
5
    Greg Hulbert, Esq.
6   GONZALEZ & HULBERT, LLP
    101 North Brand Boulevard, Suite 1880
7   Glendale, California 91203
    919-844-0188
8   *Attorneys for Defendant*
    *John Kownacki, M.D.*
9
    Gregory W. Pollack, Esq.
10  HIGGS, FLETCHER & MACK
    401 West A Street, Suite 2600
11  San Diego, California 92101
    619-236-1551
12  619-696-1410 (fax)
    *Attorneys for Defendant*
13  *Manoj V. Motwani, M.D.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        PROOF OF SERVICE

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California.  I am over the
     age of 18 and not a party to the within action; my business address is 3699 Wilshire
4    Boulevard, Tenth Floor, Los Angeles, California 90010-2719.

5        On December 11, 2008, I served the foregoing document described as:

6    AMENDED PROOF OF SERVICE FOR DEFENDANTS WILLIAM
     ELLIS, M.D., RANDA GARRANA, M.D., GREGG FEINERMAN, M.D.,
7    JOSEPH LEE, M.D., AND LINDA VU, M.D.,'S JOINDER IN THE
     MOTIONS TO DISMISS [FRCP Rule 12(b)]
8
     on interested parties in this action by placing a true and correct copy thereof enclosed in a
9    sealed envelope addressed as follows:

10                  SEE ATTACHED MAILING LIST

11   [X] (BY MAIL)
         [ ]    I deposited such envelope in the mail at Los Angeles, California.  The
12   envelope was mailed with postage thereon fully prepaid.
         [X]    As follows:  I am "readily familiar" with the firm's practice of collection and
13   processing correspondence for mailing.  Under that practice it would be deposited
     with U.S. postal service on that same day with postage thereon fully prepaid at Los
14   Angeles, California in the ordinary course of business.  I am aware that on motion of
     the party served, service is presumed invalid if postal cancellation date or postage
15   meter date is more than one day after date of deposit for mailing in affidavit.
     Executed on , at Los Angeles, California.
16
     [ X ]   (BY ELECTRONIC SERVICE) On December 11, 2008, the following parties
17   were electronically served with the aforementioned document via the court's office Case
     Management/Electronic Case Filing system, originating from an electronic email address
18   affiliated with this law firm, and addressed as follows, according to the court's office
     email list associated with this case on CM/ECF and PACER system:
19   acressey@rmklawyers.com, cduncan@rmklawyers.com, Dadmire@san.rr.com ,
     gbenrubi@belsky1.com, dhavens@lindstonelaw.com., abaker@gonzalezandhulbert.com,
20   rrozman@gonzalezandhulbert.com, rkanno@lbbslaw.com., gdeasy@lbbslaw.com,
     gstonebarger@lindstonelaw.com, trobins@frandzel.com., achase@frandzel.com.,
21   efiling@frandzel.com

22   [ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the
     addressee.
23   Executed on ***, at Los Angeles, California.

24   [X] (STATE)  I declare under penalty of perjury under the laws of the State of California
     that the above is true and correct.

25
     [ ]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this
26   court at whose direction the service was made.

27

28                                    Judy L. O'Neil

PULIC-0237\434967.1

1                                       <u>SERVICE LIST</u>

2 **United States District Court - Southern District of California**
Case No.:   08-CV-01261-BTM-JMA
3 *Perez v. Nidek Co., LTD., et al.*

4 Duane A. Admire, Esq.
ADMIRE & ASSOCIATES
5 3790 Via de La Valle, Suite 313
Del Mar, California 92014
6 858-350-5566
858-350-1046 (fax)
7 *Attorneys for Plaintiffs*
*Robert Perez, Nancy Art and*
8 *Brett Harbach*

9 Joseph R. Patterson, Esq.
Harry W. Harrison, Esq.
10 HARRISON, PATTERSON & O'CONNOR, LLP
402 West Broad, 29th Floor
11 San Diego, California 92101
619-756-6990
12 619-756-6991 (fax
*Attorneys for Plaintiffs and the Class*
13

James M. Lindsay, Esq.
14 Gene J. Stonebarger
LINDSAY & STONEBARGER
15 620 Collidge Drive, Sutie 225
Folsom, California 95360
16 916-294-0002
916-294-0012 (fax)
17 *Attorneys for Plaintiffs and the Class*

18 Daniel S. Belsky, Esq.
Gabriel M. Benrubi, Esq.
19 Michelle E. Lopez, Esq.
BELSKY & ASSOCIATES
20 591 Camino de la Reina, Suite 640
San Diego, California 92108
21 619-497-2900
619-497-2901 (fax)
22 *Attorneys for Estate of Glenn A. Kawesch, M.D. (Deceased)*

23 Thomas Robins, III, Esq.
FRANDZEL, ROBINS, BLOOM & CSATO, LLP
24 6500 Wilshire Boulevard 17th Floor
Los Angeles, California 90048
25 323-852-1000
323-651-2577 (fax)
26 *Attorneys for Defendants*
*NIDEK Incorporated*
27 *NIDEK Technologies Inc.*

28

6

<u>Courtesy Copy</u>

Craig Mann, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
550 West "C" Street, Suite 800
San Diego, California 92101
619-233-1000
619-233-8627 (fax)
*Attorneys for Defendant*
*Gary M. Kawesch, M.D.*

Greg Hulbert, Esq.
GONZALEZ & HULBERT, LLP
101 North Brand Boulevard, Suite 1880
Glendale, California 91203
919-844-0188
*Attorneys for Defendant*
*John Kownacki, M.D.*

Gregory W. Pollack, Esq.
HIGGS, FLETCHER & MACK
401 West A Street, Suite 2600
San Diego, California 92101
619-236-1551
619-696-1410 (fax)
*Attorneys for Defendant*
*Manoj V. Motwani, M.D.*

7